UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| | )    Criminal No. 18-40010-TSH |
| | ) |
| | ) |
| JOSEPH HERMAN | ) |
| | ) |

**ASSENTED TO MOTION TO MODIFY CONDITIONS OF RELEASE**

    Now comes the defendant in the above matter, and moves this Honorable court to MODIFY his current conditions of release.

    As grounds, counsel for the defendant says that under his current conditions of release, the defendant is to reside in Worcester, MA. The defendant's house is being sold and the defendant will be moving. The defendant has notified pre-trial services of the new address and pre-trial services is in agreement with the move.

    The government, through AUSA Greg Friedholm has assented to this motion.

Respectfully submitted,

JOSEPH HERMAN

*/s/ Peter Ettenberg, Esq.*
Peter Ettenberg
Gould & Ettenberg
370 Main Street
Worcester, MA 01608
BBO # 156520
508-752-6733

1

## **CERTIFICATE OF SERVICE**

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

              /s/ Peter L. Ettenberg_____

Date: February 24, 2020